UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elaine Zwiesler and Alfred Donald Zwiesler

Plaintiff(s),

v.

New England Compounding Pharmacy, Inc., et al

Defendant(s).

/

Case No. 2:13-cv-10625

Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

Genoa Medical Center _____ for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on _____ January 18, 2013 _____ at

   2305 Genoa Business Park Drive, Suite 210, Brighton, MI 48114-7005 _____ by

   certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: February 20, 2013

P25404
Tyler Law Firm, PLLC
3001 W. Big Beaver, Suite 704
Troy, MI 48084
248-458-6600
btyler@tyler-legal.com