U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE ZWIESLER and
DONALD ZWIESLER

    Plaintiffs,        Case No. 2:13-cv-10625-LPZ-RSW

vs                Hon. Lawrence P. Zatkoff
                 Mag. Judge: R. Steven Whalen
NEW ENGLAND COMPOUNDING CENTER;
BARRY J. CADDEN; LISA CADDEN;
GREGORY CONIGLIARO; MICHIGAN PAIN
SPECIALISTS; GENOA MEDICAL CENTER and
EDWARD WASHABAUGH, III, M.D., FIPP.

  Defendants.

---

B. A. Tyler (P25404)
Attorney for Plaintiffs
3001 W. Big Beaver Rd., Suite 704
Troy, MI 48084
248/458-6600

David L. Campbell
Attorney for Defs. Cadden, Cadden & Conigliaro
41000 Woodward Ave., Suite 200 East
Bloomfield Hills, MI 48304
248/205-3300

Randy J. Hackney (P28980)
Loretta B. Subhi (P42039)
**Hackney Grover Hoover & Bean**
**Attorneys for Defendants MI Pain Specialists and**
 Washabaugh, III, M.D.
1715 Abbey Rd., Suite A
East Lansing, MI 48823
517/333-0306

*HG*
*HB*

## **APPEARANCE**

NOW COMES Hackney Grover Hoover & Bean and hereby enters its Appearance for and on behalf of Defendants Michigan Pain Specialists and Edward Washabaugh, III, M.D., FIPP.

**HACKNEY GROVER HOOVER & BEAN**
Attorneys for Defs. MI Pain Specialists &
Washabaugh, M.D.

BY: Randy J. Hackney (P28980)

Dated: 2/21/2013

### PROOF OF SERVICE

Gloria Wesaw certifies that on February 21, 2013, the foregoing document was served upon all parties of record by e-file.

Gloria Wesaw

*HG*
*HB*

2