UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

ELAINE ZWIESLER and
ALFRED DONALD ZWIESLER;

v.                                                                                  Case No.: 2:13-cv-10625-LPZ-RSW

NEW ENGLAND COMPOUNDING PHARMACY,        Honorable: Lawrence P. Zatkoff
INC.; BARRY J. CADDEN; LISA CADDEN;                    Magistrate Judge: R. Steven Whalen
GREGORY CONIGLIARO; MICHIGAN PAIN
SPECIALTISTS; GENOA MEDICAL CENTER;             MDL: 2419
and EDWARD WASHABAUGH III, M.D. FIPP.             Honorable: Dennis F. Saylor IV

---

B.A. TYLER (P25404)                                    DAVID L. CAMPBELL (P66287)
TYLER LAW FIRM, PLLC                             CARMEN M. BICKERDT (P62874)
Attorney for Plaintiff                                     BOWMAN AND BROOKE LLP
3001 W. Big Beaver Rd.                               Attorneys for Barry J. Cadden, Lisa
Ste. 704                                                         Cadden and Gregory Conigliaro
Troy, Michigan 48084                                  41000 Woodward Ave., Ste. 200 East
(248) 458-6600                                              Bloomfield Hills, MI 48304
                                                                      (248)205-3300/ (248)205-3399 fax

RANDY J. HACKNEY (P28980)
LORETTA B. SUBHI (P42039)
HACKNEY GROVER HOOVER & BEAN
Attorneys for Defendants MI Pain Specialists and
Edward Washabaugh III, MD, FIPP
1715 Abbey Road, Suite N
East Lansing, MI 48823
517-333-0306

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS
PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)**

TYLER LAW FIRM, PLLC
3001 WEST BIG BEAVER RD, SUITE 704, TROY, MI 48084
248.458.6600

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Elaine Zwiesler and Alfred Donald Zwiesler ("Plaintiffs") voluntarily dismisses without prejudice their claims as to all Defendants, presently pending before the Court.

Respectfully submitted,

TYLER LAW FIRM, PLLC

BY: _____

B. A. TYLER (P25404)
Attorney for Plaintiff
3001 W. Big Beaver Rd.
Ste. 704
Troy, Michigan  48084
(248) 458-6600

Date: February 22, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 22, 2013.

By:  ☐ U.S. Mail            ☐ FAX
     ☐ Hand Delivered       ☐ Overnight Courier
     ☐ Federal Express      X Other: electronic mail

Signature: *Deann Williams*
           Deann Williams

**TYLER LAW FIRM, PLLC**
3001 WEST BIG BEAVER RD, SUITE 704, TROY, MI 48084
248.458.6600